IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 141 MISC

Robert Wayne Wiley - #64883

VRW

_____/

### ORDER TO SHOW CAUSE

It appearing that Robert Wayne Wiley has been suspended following a criminal conviction by the State Bar Court effective May 11, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert Wayne Wiley
Attorney At Law
4265 Lakeshore Blvd., Spc 14
Lakeport, CA 95453